## United States District Court for the Northern District of Illinois

Case Number: 08CV3263      Assigned/Issued By: DAJ

Judge Name:      Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
            ☐ IFP       ☐ No Fee   ☐ Other _____
            ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)
☐ Writ _____
        (Type of Writ)

<u>2</u> Original and <u>0</u> copies on <u>07/01/08</u> as to <u>MARK FRY, DUANE MARTIN</u>
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05