AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

CRESTVIEW CAPITAL MASTER, LLP.

CASE NUMBER: 08 cv 3263

V.

ASSIGNED JUDGE: Kocoras

DUANE MARTIN, an individual, MARC FRY, an individual; JOHN LEVY, an individual, and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada Corporation.

DESIGNATED
MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Mark Fry
249 E. Legacy Dr.
Tracy, California 95391-1017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Williams
Touhy, Touhy, Buehler & Williams, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 1, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| CRESTVIEW CAPITAL MASTER, LLP | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| DUANE MARTIN, an individual, MARC FRY, an individual, JOHN LEVY, an individual and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada Corporation | ) | 08 cv 3263 |
| | ) | RETURN OF SUBSTITUTE SERVICE |
| | ) | |
| | ) | Alias Summons in a Civil Case, Complaint and Exhibit A |
| | ) | |
| | ) | |
| Defendant | ) | |

Received by 1-800-SERVE-EM on July 7, 2008 at 11:35 AM to be served on Duane Martin, 38W535 Bittersweet Lane Elgin, IL 60124.

I, Michael Gorman, who being duly sworn, depose and say that on July 30, 2008 at 4:18 PM, I:

Served Duane Martin by delivering a true copy of the Alias Summons in a Civil Case, Complaint and Exhibit A with the date and hour of service endorsed thereon by me, at Duane Martin's usual place of abode, 909 East Lockwood Road Port Clinton, OH 43452, to a person residing therein, who is of the suitable age and discretion, to wit: Duane Martin's son who indicated that he is over 18 and refused to give his name, informing said person of the contents thereof.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Michael Gorman
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008313633
Reference: 08 cv 3263

1-800-SERVE-EM

Judith M. Smith
Notary Public
State of Ohio
My Commission Expires:
Jan. 4, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CRESTVIEW CAPITAL MASTER, LLP, MIDSUMMER INVESTMENT, LTD., KUAII PARTNERS, L.P.,** on behalf of Themselves and all others similarly situated, | |
| Plaintiffs, | Case No.    08 cv 3263 |
| v. | Judge Kocoras |
| **DUANE MARTIN,** an individual; **MARC FRY,** an individual; **JOHN LEVY,** an individual, and **UNIVERSAL FOOD & BEVERAGE COMPANY, INC.,** a Nevada corporation, | Magistrate Judge Cole |
| Defendants. | |

## NOTICE OF FILING

TO:    Douglas A. Albritton
Kellye L. Fabian
David L. TerMolen
Matthew J. Kramer
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60601

PLEASE TAKE NOTICE that on August 4, 2008, I shall file with the clerk of the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and the attached the attached **PROOF OF SERVICE OF SUMMONS (DUANE MARTIN)**, a copy of which is attached hereto and served upon you.

/s/Robert E. Williams
Robert E. Williams
One of the Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

   I, the undersigned, certify that a copy of the foregoing **PROOF OF SERVICE OF SUMMONS (DUANE MARTIN)** was served on the following individuals, via electronic mail and/or ordinary U.S. mail, postage prepaid, this 4th day of August, 2008.

Douglas A. Albritton
Kellye L. Fabian
David L. TerMolen
Matthew J. Kramer
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60601

              /s/Robert E. Williams
              Robert E. Williams
              One of the Attorneys for Plaintiffs

Robert E. Williams
TOUHY, TOUHY, BUEHLER & WILLIAMS, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601
(312) 372-2209
(312) 456-3838 facsimile