AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS
### SUMMONS IN A CIVIL CASE

CRESTVIEW CAPITAL MASTER, LLP.

V.

DUANE MARTIN, an individual, MARC FRY, an individual, JOHN LEVY, an individual, and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada Corporation

CASE NUMBER: 08 cv 3263

ASSIGNED JUDGE: Kocoras

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

John Levy
110 Oak Tree Pass
Westfield, NJ 07090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Williams
Touhy, Touhy, Buehler & Williams, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

July 16, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRESTVIEW CAPITAL MASTER, LLP | ) | |
| Plaintiff | ) | |
| -vs- | ) | |
| DUANE MARTIN, an individual, MARC FRY, an individual, JOHN LEVY, an individual and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada Corporation | ) ) ) ) ) ) ) | 08 cv 3263 RETURN OF PERSONAL SERVICE Alias Summons, Complaint and Exhibit A |
| Defendant | ) | |

RECEIVED
AUG 0 １ 2008
BY:_____

Received by 1-800-SERVE-EM on July 17, 2008 at 3:26 PM to be served on John Levy, 110 Oak Tree Pass Westfield, NJ 07090.

I, James Denetz, who being duly sworn, depose and say that on July 24, 2008 at 11:00 AM, I:

Individually Served the within named person by delivering a true copy of the Alias Summons, Complaint and Exhibit A with the date and hour endorsed thereon by me, to John Levy at 110 Oak Tree Pass Westfield, NJ 07090.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

James Denetz
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008316005
Reference: 08 cv 3263

1-800-SERVE-EM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CRESTVIEW CAPITAL MASTER, LLP, MIDSUMMER INVESTMENT, LTD., KUAII PARTNERS, L.P.,** on behalf of Themselves and all others similarly situated, | |
| Plaintiffs, | Case No.    08 cv 3263 |
| v. | Judge Kocoras |
| **DUANE MARTIN,** an individual; **MARC FRY,** an individual; **JOHN LEVY,** an individual, and **UNIVERSAL FOOD & BEVERAGE COMPANY, INC.,** a Nevada corporation, | Magistrate Judge Cole |
| Defendants. | |

## NOTICE OF FILING

TO:   Douglas A. Albritton
       Kellye L. Fabian
       David L. TerMolen
       Matthew J. Kramer
       FREEBORN & PETERS, LLP
       311 S. Wacker Drive, Suite 3000
       Chicago, Illinois  60601

PLEASE TAKE NOTICE that on August 4, 2008, I shall file with the clerk of the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and the attached the attached **PROOF OF SERVICE OF SUMMONS (JOHN LEVY)**, a copy of which is attached hereto and served upon you.

/s/Robert E. Williams
Robert E. Williams
One of the Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a copy of the foregoing **PROOF OF SERVICE OF SUMMONS (JOHN LEVY)** was served on the following individuals, via electronic mail and/or ordinary U.S. mail, postage prepaid, this 4th day of August, 2008.

Douglas A. Albritton
Kellye L. Fabian
David L. TerMolen
Matthew J. Kramer
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60601

                                               /s/Robert E. Williams
                                               Robert E. Williams
                                               One of the Attorneys for Plaintiffs

Robert E. Williams
TOUHY, TOUHY, BUEHLER & WILLIAMS, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601
(312) 372-2209
(312) 456-3838 facsimile