AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

CRESTVIEW CAPITAL MASTER, LLP.

V.

DUANE MARTIN, an individual, MARC FRY, an individual; JOHN LEVY, an individual, and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada Corporation.

CASE NUMBER: 08 cv 3263

ASSIGNED JUDGE: Kocoras

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Mark Fry
249 E. Legacy Dr.
Tracy, California 95391-1017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Williams
Touhy, Touhy, Buehler & Williams, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 1, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date             *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS

BY: _____

CRESTVIEW CAPITAL
MASTER, LLP )
)
Plaintiff )
)
-vs- )
)
DUANE MARTIN, an ) 08 cv 3263
individual, MARC FRY, ) RETURN OF PERSONAL SERVICE
an individual, JOHN )
LEVY, an individual and ) Alias Summons in a Civil Case,
UNIVERSAL FOOD & ) Complaint and Exhibit A
BEVERAGE COMPANY, )
INC., a Nevada )
Corporation )
)
Defendant )

Received by 1-800-SERVE-EM on July 7, 2008 at 11:33 AM to be served on Marc Fry, 249 E. Legacy Drive Tracy, CA 95391.

I, Richard Berberian, RCPS Stanislaus County #07-005, who being duly sworn, depose and say that on July 11, 2008 at 8:25 PM, I:

Individually Served the within named person by delivering a true copy of the Alias Summons in a Civil Case, Complaint and Exhibit A with the date and hour endorsed thereon by me, to Marc Fry at 249 E. Legacy Drive Tracy, CA 95391.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Richard Berberian, RCPS Stanislaus
County #07-005
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008313785
Reference: 08 cv 3263

1-800-SERVE-EM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CRESTVIEW CAPITAL MASTER, LLP, MIDSUMMER INVESTMENT, LTD., KUAII PARTNERS, L.P.**, on behalf of Themselves and all others similarly situated, | |
| Plaintiffs, | Case No.    08 cv 3263 |
| v. | Judge Kocoras |
| **DUANE MARTIN**, an individual; **MARC FRY**, an individual; **JOHN LEVY**, an individual, and **UNIVERSAL FOOD & BEVERAGE COMPANY, INC.**, a Nevada corporation, | Magistrate Judge Cole |
| Defendants. | |

### AMENDED NOTICE OF FILING

TO:  Douglas A. Albritton
Kellye L. Fabian
David L. TerMolen
Matthew J. Kramer
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60601

PLEASE TAKE NOTICE that on August 4, 2008, I shall file with the clerk of the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and the attached the attached **PROOF OF SERVICE OF SUMMONS (MARC FRY)**, a copy of which is attached hereto and served upon you.

/s/Robert E. Williams
Robert E. Williams
One of the Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a copy of the foregoing **PROOF OF SERVICE OF SUMMONS (MARC FRY)** was served on the following individuals, via electronic mail and/or ordinary U.S. mail, postage prepaid, this 4th day of August, 2008.

Douglas A. Albritton
Kellye L. Fabian
David L. TerMolen
Matthew J. Kramer
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60601

                                        /s/Robert E. Williams
                                        Robert E. Williams
                                        One of the Attorneys for Plaintiffs

Robert E. Williams
TOUHY, TOUHY, BUEHLER & WILLIAMS, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601
(312) 372-2209
(312) 456-3838 facsimile