# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3263 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Crestview Capital Master et al vs. Martin et al | | |

**DOCKET ENTRY TEXT**

Bryan Kreft's motion [21], and Allan Steyer's motion [22] for leave to appear pro hac vice as counsel for plaintiff are granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|