U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 08CV3263
CRESTVIEW CAPITAL MASTER, LLP, et al.
v.
DUANE MARTIN, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
KAUAI PARTNERS, L.P., plaintiff, and all those similarly situated

| | |
|---|---|
| NAME (Type or print)<br>Allan Steyer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Allan Steyer | |
| FIRM<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP | |
| STREET ADDRESS<br>One California St., Ste. 300 | |
| CITY/STATE/ZIP<br>San Francisco, CA 94111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(415) 421-3400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |