IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESTVIEW CAPITAL MASTER, LLP, MIDSUMMER INVESTMENT, LTD., KAUAI PARTNERS, L.P., on behalf of Themselves and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>DUANE MARTIN, an individual; MARC FRY, an individual; JOHN LEVY, an individual, and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada corporation,<br><br>                Defendants. | Case No.: 08-CV-03263<br>Honorable Charles C. Kocoras |

PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY
---

Plaintiffs, by their attorneys, move this Court, pursuant to Rules 4 and 26(d) of the Federal Rules of Civil Procedure, for an order granting them leave to serve a subpoena on the law firm of Vedder Price Kaufman & Kammholz PC and Randall M. Lending, a shareholder of that firm, for the sole purpose of obtaining information leading to the discovery of a current address for Defendant Duane Martin.

In support of their motion, Plaintiffs state as follows:

1. On June 5, 2008, the Complaint in this case was filed. On August 14, 2008, counsel for Plaintiffs appeared at the initial status conference in this action and informed this Court that counsel had learned on August 12 that service of summons on Duane Martin was made at the home of his ex-wife and that counsel was attempting to locate a current address for Mr. Martin. An investigator is currently trying to locate Mr. Martin.

- 2 -

2.  In late July, counsel for Duane Martin filed a motion in the bankruptcy proceeding of Defendant Universal Food & Beverage Company, Inc. seeking fees in connection with this case, in connection with an investigation being conducted by the Securities and Exchange Commission, and in connection with an adversary proceeding filed against him by Universal's Unsecured Creditors' Committee.  A copy of this motion is attached hereto as Exhibit A.

3.  After leaning that Plaintiffs had not obtained good service on Mr. Martin in this case, counsel for Plaintiffs asked Mr. Lending of Vedder Price whether he was authorized to accept service on behalf of Mr. Martin.  Mr. Lending then contacted Mr. Martin and reported that Mr. Martin would not authorize him to accept service.  When asked for his address, Mr. Lending would not or could not provide that information.

4.  Plaintiffs ask this Court for an order allowing service of a subpoena to obtain this information and to compel a response to that subpoena within five days.

WHEREFORE, Plaintiffs move this Court for an order granting them leave to serve a subpoena duces tecum on the Randall M. Lending and the firm of Vedder Price Kaufman & Kammholz PC, returnable within five days,

    ____s/ Robert E. Williams____
    One of Plaintiffs' Attorneys

Robert E. Williams  
Terrence Buehler  
Touhy Touhy Buehler & Williams  
55 W. Wacker Drive, Suite 1400  
Chicago, IL 60601  
(312) 372-2209  

Allan Steyer  
Bryan Kreft  
Steyer Lowenthal Boodrookas  
  Alvarez & Smith LLP  
One California Street, Suite 300  
San Francisco, CA 94111  
(415) 421-3400

- 3 -

## CERTIFICATE OF SERVICE

      Robert E. Williams, one of the attorneys for Plaintiffs, certifies that he caused a true and correct copy of the foregoing MOTION FOR LEAVE TO TAKE DISCOVERY to be served on counsel for Defendant Fry by electronic filing and to be served on counsel for Defendant Martin (who has not appeared) by email this 29th day of August, 2008.

                                     s/ Robert E. Williams

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL FOOD & BEVERAGE COMPANY, INC., ET AL., | Case No. 07-15955 (Jointly Administered) |
| Debtor. | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on July 23, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 619 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the attached *Duane Martin's Motion for Entry of Order Declaring That Payment of Defense Costs Does Not Violate the Automatic Stay*, a copy of which is attached hereto and hereby served upon you.

DUANE MARTIN

By: s/ Michael Eidelman
   One of His Attorneys

Michael Eidelman
Randall M. Lending
Laurel Dearborn
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated: July 18, 2008

CHICAGO/#1817580.1

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing *Duane Martin's Motion for Entry of Order Declaring That Payment of Defense Costs Does Not Violate the Automatic Stay* were served upon the persons on the attached service list via first class mail, postage pre-paid, by dropping same in the mailbox at 222 N. LaSalle Street, Chicago Illinois, 60601-1003 today, July 18, 2008. Other parties on the attached service list were served today via e-mail.

                                                                 s/ Michael Eidelman

## SERVICE LIST

- Richard M Bendix    rbendix@schwartzcooper.com, lstark@schwartzcooper.com
- Barry A Chatz    bachatz@arnstein.com
- James A. Chatz    jachatz@arnstein.com, jbmedziak@arnstein.com
- Jeremy M Downs    jeremy.downs@goldbergkohn.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecf-docket@vedderprice.com
- Patricia J Fokuo    pfokuo@schiffhardin.com, edocket@schiffhardin.com
- Jonathan P Friedland    jfriedland@schiffhardin.com
- John F Hiltz    jfhiltz@arnstein.com
- Gregory J Jordan    gjordan@polsinelli.com
- Joseph P Kincaid    jkincaid@smbtrials.com
- Joy E Levy    jelevy@arnstein.com, jelevy@arnstein.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Michael A O'Brien    mobrien@obrienlawoffices.com
- Kathryn A Pamenter    kathryn.pamenter@goldbergkohn.com
- Morgan M. Smith    msmith@schwartzcooper.com, truckman@schwartzcooper.com
- Miriam R. Stein    mrstein@arnstein.com
- Zhiyuan Xu    mxu@schiffhardin.com

B. Webb King, Esq.
Woods Rogers PLC
10 S. Jefferson Street
Suite 1400
Roanoke, VA 24038-4125

Benjamin A. Kahn
701 Green Valley Road
Suite 100
Greensboro, NC 27408

Burnham Hill Partners
Attn: Michael Liss
590 Madison Avenue
Suite 501
New York, NY 10022

Carl Neumann, Esq.
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603

Colorado Marketing &
Design
Attn: James T. Attebery
2750 Witter Gulch Road
Evergreen, CO 80439

CWY Credit
Con-Way Freight
Bankruptcy Department
55555 Rufe Snow Dr.
North Richard Hills, TX 76180

D. Patrick Mularkey
Tax Division (DOJ)
P. O. Box 55 Ben Franklin Station
Washington, DC 20044

Daniel T. Powers
P. O. Box 8321
Savannah, GA 31412

David A. Umbaugh
c/o Stahl Cowen Crowley LLC
55 W. Monroe Street
Suite 500
Chicago, IL 60603

David R. Ford
2926 Sixth Avenue South
#240
Seattle, WA 98134

Debt Acquisition Company
of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Duane Martin
c/o Randall M. Lending
Vedder Price Kaufman &
Kammholz, PC
222 N. LaSalle Street
Chicago, IL 60601

Erick J. Haber
1114 Avenue of the Americas
New York, NY 10036

Flatiron Capital Corp.
950 17th Street
Suite 1300
Denver, CO 80202

Graham M. Parks
208 West Grayson Street
Galax, VA 24333

Gregory J. Jordan
Peter J. Schmidt
Polinelli Shalton Flanigan
Suelthaus PC
180 N. Stetson Avenue
Suite 4525
Chicago, IL 60601

Howard Korenthal
MorrisAnderson &
Associates, Ltd.
55 W. Monroe, Suite 2500
Chicago, IL 60603

Howard M. Newman
Loeb Equipment & Appraisal
Co.
4131 South State Street
Chicago, IL 60609

Internal Revenue Service
(Insol)
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Joel Nathan
United States Attorney
200 W. Adams Street
Suite 2300
Chicago, IL 60606

Jonathan Friedland
Patricia Fokuo
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Jonathan Reich
Greystone Private Equity
LLC
44 S. Broadway, Suite 624
White Plains, NY 10601

Joseph E. Rutigliano
Rutigliano and Associates
Co.
6140 Parkland Blvd.
Suite 300
Mayfield Heights, IL 44124

Keith J. Shapiro
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL 60601

Levenfeld Pearlsltein
Two N. LaSalle Street
Chicago, IL 60603

Maryland & Virginia Milk
c/o Vivieon E. Kelley, Esq.
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St. N.E.
Suite 5200
Atlanta, GA 30308-2216

Maryland & Virginia Milk, et
al., c/o Gregory J. Jordan
Peter J. Schmidt
Polsinelli Shafton Flanigan
Suelthaus, PC
180 N. Stetson Avenue
Suite 4525
Chicago, IL 60601

MidSummer Capital LLC
Eric J. Haber, Esq.
Cooley Goodward Kronish
LLP
1114 Avenue of the Americas
New York, NY 10036

Midsummer Capital LLC
295 Madison Avenue
36th Floor
New York, NY 10017

Office of the U. S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60606

Patrick D. Burns
1900 Chmed Center
Cincinnati, OH 45101

Peter A. Santos
201 S. Tyron Street
Suite 1200
Charlotte, NC 28202

Peter Cappellino
Richmond North Associates
P. O. Box 963
Amherst, NY 14226

Plans for Welfare LLC
c/o Michael A. O'Brien
O'Brien Law Offices P.C.
14A South Country Farm
Road
Wheaton, IL 60187

Raymond Leasing Corp.
P. O. Box 2907
Hartford, CT 06104-2907

Richard M. Bendix, Jr., Esq.
Schwartz Cooper Chartered
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601

Richard Reese
Rabin Worldwide
650 Townsend Street
Suite 480
San Francisco, CA 94103

Sam Winer
Heights Capital Management,
Inc.
101 California Street
Suite 3250
San Francisco, CA 94111

Susan De la Cruz
Credit/Collection Manager
Con-Way Freight
5555 Rufe Snow Drive
Suite 5515
N. Richland Hills, TX 76180

U. S. Security Exchange
Comm.
Attn: Tim Lieman
175 W. Jackson, Suite 900
Chicago, IL 60604

Valley Consulting Group
Attn: John Houser
1441 Mountain Loop Road
NW

Sugar Valley, CA 30746
William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081

Yvonne Morabito
Bushido Capital Partners
145 E. 57th Street, 11th Fl.
New York, NY 10022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL FOOD & BEVERAGE COMPANY, INC., ET AL., | Case No. 07-15955 (Jointly Administered) |
| Debtor. | Honorable Jacqueline Cox |

### DUANE MARTIN'S MOTION FOR ENTRY OF ORDER DECLARING THAT PAYMENT OF DEFENSE COSTS DOES NOT VIOLATE THE AUTOMATIC STAY

Duane Martin ("Martin"), by and through his attorneys, Vedder Price, P.C., hereby requests that this Honorable Court enter an Order declaring that the payment of defense costs to Martin from the proceeds of insurance policies covering the Debtor's directors and officers does not constitute a violation of the automatic stay. In support thereof, Martin states as follows:

1. Martin was the former Chief Executive Officer and Chairman of the Board of Universal Food & Beverage Company, Inc., the Debtor in this bankruptcy proceeding.

2. Martin has retained Vedder Price, P.C. to represent him in connection with three pending matters: (1) an investigation conducted by the SEC in connection with a March 12, 2007 Order Directing Private Investigation and Designating Officers to Take Testimony *In the Matter of Universal Food and Beverage Co.*, No. C-07217 and an April 6, 2007 SEC Subpoena directed to Martin, a copy of which is attached as Exhibit A (the "SEC Investigation"); (2) an Adversary Proceeding which Martin received notice of by the Official Committee of Unsecured Creditors of Universal (the "Adversary Proceeding"), a copy of which is attached as Exhibit B; and (3) a securities fraud action styled *Crestview Capital Master, LLP, et al. v. Martin, et al.*, pending in the United States District Court for the Northern District of Illinois, Case No.08 CV 03263 (the "Crestview Action"), a copy of which is attached as Exhibit C.

CHICAGO/#1817538.1

- 2 -

3. Vedder Price represented and advised Martin in connection with the SEC Investigation which included a review and analysis of numerous documents related to Universal as well as represented Martin during four days of testimony before the SEC. In addition, Vedder Price has reviewed, analyzed and advised Martin relating to the allegations and causes of action contained in the Adversary Proceeding and Crestview Action and has also had numerous conferences with Martin relating to the factual allegations asserted in the Adversary Proceeding and the Crestview Action.

4. Martin submitted these matters for defense and indemnity coverage under directors and officers insurance ("D&O") Policies issued by U.S. Specialty Insurance Company ("US Specialty"), in particular D & O Policy No.: 14-MGU-07-A-14244 (4/07 - 8/08) D& O Policy No.: 14-MGU-06-A12097 (4/06 - 4/07).

5. In particular, Martin has requested that US Specialty pay Martin's Defense Costs in connection with these matters totaling $75,079.97 incurred through May 30, 2008.

6. Martin respectfully requests that this Court enter an Order declaring that the payment of Defense Costs by US Specialty under the D&O Policies does not constitute a violation of the automatic stay.

7. The law in this Circuit is well-settled. Proceeds of insurance policies providing liability coverage to officers and directors of a debtor-corporation are not property of the bankruptcy estate and, accordingly, any attempt to recover such proceeds is not subject to the automatic stay. *See, e.g., In re Marchfirst, Inc., et al.*, 288 B.R. 526 (N.D. Ill. 2002)(holding that the proceeds of directors' and officers' liability policies that were purchased by the debtor were not protected by the automatic stay).

- 3 -

8.  Accordingly, Martin seeks an Order by this Court declaring that the payment of his Defense Costs from the proceeds of the D&O Policies does not constitute a violation of the automatic stay.

WHEREFORE, Martin respectfully requests that this Court enter and Order declaring that the payment of his Defense Costs from the proceeds of the D&O Policies does not constitute a violation of the automatic stay and for further relief as this Court finds just and equitable.

Respectfully submitted,

DUANE M. MARTIN


By: s/ Michael Eidelman
    One of His Attorneys

Michael Eidelman
Randall M. Lending
Laurel Dearborn
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: July 18, 2008