IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESTVIEW CAPITAL MASTER, LLP, MIDSUMMER INVESTMENT, LTD., KAUAI PARTNERS, L.P., on behalf of Themselves and all others similarly situated,<br><br>                 Plaintiffs,<br>v.<br><br>DUANE MARTIN, an individual; MARC FRY, an individual; JOHN LEVY, an individual, and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada corporation,<br><br>                 Defendants. | Case No.: 08-CV-03263<br>Honorable Charles C. Kocoras |

NOTICE OF MOTION

TO:    Douglas A. Albritton
         Freeborn & Peters LLP
         311 S. Wacker Drive
         Suite 3000
         Chicago, IL 60606

       PLEASE TAKE NOTICE that on Wednesday, September 3, 2008 at 9:30 a.m., the undersigned shall appear before the Honorable Charles C. Kocoras, in the Courtroom 1725 at 219 S. Dearborn Street, Chicago, IL and then and there present Plaintiffs' Motion for Leave to Take Discovery, a copy of which is attached hereto.

                                                                       s/Robert E. Williams
                                                                   One of Plaintiffs' Attorneys

| | |
|---|---|
| Robert E. Williams<br>Terrence Buehler<br>Touhy Touhy Buehler & Williams<br>55 W. Wacker Drive, Suite 1400<br>Chicago, IL 60601<br>(312) 372-2209 | Allan Steyer<br>Bryan Kreft<br>Steyer Lowenthal Boodrookas<br>  Alvarez & Smith LLP<br>One California Street, Suite 300<br>San Francisco, CA 94111<br>(415) 421-3400 |