IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESTVIEW CAPITAL MASTER, LLP, MIDSUMMER INVESTMENT, LTD., KAUAI PARTNERS, L.P., RHP MASTER FUND, LTD., ENABLE GROWTH PARTNERS, L.P., ENABLE OPPORTUNITY PARTNERS, L.P., PIERCE DIVERSIFIED STRATEGY MASTER FUND, LLC ENA, GRYPHON MASTER FUND, L.P., and GSSF MASTER FUND L.P., <br><br>Plaintiffs, <br><br>v. <br><br>DUANE MARTIN, an individual; MARC FRY, an individual, and UNIVERSAL FOOD & BEVERAGE COMPANY, INC., a Nevada corporation, <br><br>Defendants. | No. 08-CV-03263 <br> Honorable Charles C. Kocoras |

## NOTICE OF BANKRUPTCY

Defendant Duane Martin ("Martin"), by his attorneys, hereby files this Notice of Bankruptcy. In further support hereof, Martin states as follows:

1. On June 5, 2008, Crestview Capital Master, LLP, Midsummer Investment, Ltd., and Kuaii Partners, L.P., on behalf of themselves and all others similarly situated, filed a Complaint in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 08-CV-03263.

2. On September 15, 2008, an Amended Complaint was filed in the United States District Court, Northern District of Illinois, Eastern Division.

3. On March 10, 2009, a Second Amended Complaint was filed in the United States District Court, Northern District of Illinois, Eastern Division, which, among other things, included the following additional Plaintiffs: RHP Master Fund, LTD., Enable Growth Partners, L.P., Enable Opportunity Partners, L.P., Pierce Diversified Strategy Master Fund, LLC ENA, Gryphon Master Fund, L.P., and GSSF Master Fund L.P.

4. In its Order, dated February 24, 2009, the Court permitted Martin to either file an Answer or otherwise plead to Plaintiffs' Second Amended Complaint on or before March 31, 2009. The Court also scheduled a status hearing for April 7, 2009 at 9:30 a.m.

5. On March 5, 2009, Martin filed a Voluntary Petition, pursuant to Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 09-07493. Pursuant to the United States Bankruptcy Code, specifically 11 U.S.C. § 362, all further proceedings in this case relating to Mr. Martin, including, but not limited to, Martin's response to Plaintiffs' Second Amended Complaint, should be stayed until further directions are received from the U.S. Bankruptcy Court.

Respectfully submitted,

DUANE MARTIN

By: s/Joan M. Colson
One of His Attorneys

Randall M. Lending
Joan M. Colson
Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601
Phone: 312-609-7500
Fax: 312-609-5005

Dated: March 19, 2009

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Bankruptcy was served on:

Terrence Buehler
Robert E. Williams
Touhy, Touhy, Buehler & Williams LLP
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 372-2209
Facsimile: (312) 456-3838

Douglas Alan Albritton
Hillary Paige Krantz
Kellye L. Fabian
Freeborn & Peters, LLP
311 South Wacker Drive, Ste 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000

Allan Steyer
Bryan Kreft
Steyer, Lowenthal, Boodrookas,
 Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400

via electronic means this 19th day of March, 2009.

s/Joan M. Colson
An Attorney for Defendant Duane Martin

CHICAGO/#1916367.1